UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

ELETSON HOLDINGS, INC., *et al.*,

    Debtors[1]

Case No. 1:24-cv-08672-LJL

# NOTICE OF APPEAL

PLEASE TAKE NOTICE that Eletson Holdings, Inc., and because they were parties in the District Court proceeding, Eletson Finance (US) LLC and Agathonissos Finance LLC (together, "Appellants"), hereby appeal to the United States Court of Appeals for the Second Circuit from each and every part of the judgment on December 30, 2024 (ECF Nos. 19 and 20) entering and granting the *Stipulation And Agreement To Dismiss Appeal Under Rule 8023 Of The Federal Rules Of Bankruptcy Procedure* (ECF No. 9) (the "Stipulation of Dismissal"), thereby dismissing the action, as well as each and every holding, ruling, finding, and order preceding that judgment, including but not limited to each and every holding, ruling, finding, and order set out in the transcript of the District Court proceedings relating to this matter dated December 23, 2024. Appellants further appeal each and every holding, ruling, finding, and order within the Stipulation of Dismissal and judgment, including but not limited to the determination that the Stipulation of Dismissal was voluntarily consented to by all parties who appeared and

---

[1] The Debtors in these chapter 11 cases are: Eletson Holdings, Inc., Eletson Finance (US) LLC, and Agathonissos Finance LLC.

- 1 -

the determination that the dismissal could be entered without having provided an opportunity for briefing of the issues.

Dated: <u>January 16, 2025</u>

                                     **RIMÔN, P.C.**

                                     By:   */s/ Michael S. Lazaroff*

Michael S. Lazaroff
400 Madison Ave, Suite 11D
New York NY 10017
P: 646.738.4151
michael.lazaroff@rimonlaw.com

Anthony C. Acampora
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479 – 6300
anthony.acampora@rimonlaw.com

*Counsel for Appellant Eletson Holdings, Inc.*

**REED SMITH LLP**

By:  *Louis M. Solomon*
Louis M. Solomon
Colin A. Underwood
599 Lexington Avenue
New York, New York 10022
Tel: (212) 521-5400
Fax: (212) 521-5450
lsolomon@reedsmith.com
cunderwood@reedsmith.com

*Counsel for Appellants.*

APPEAL,ECF,RELATED

# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:24–cv–08672–LJL

| | |
|---|---|
| In Re: Eletson Holdings Inc.<br>Assigned to: Judge Lewis J. Liman<br>Related Case: 1:23–cv–07331–LJL<br>Case in other court: USBC–SDNY, 23–B–10322 (JPM)<br>Cause: 28:0158 Notice of Appeal re Bankruptcy Matter (BA | Date Filed: 11/14/2024<br>Jury Demand: None<br>Nature of Suit: 422 Bankruptcy Appeal (801)<br>Jurisdiction: Federal Question |

**In Re**

**Eletson Holdings Inc.**

**Debtor**

| | | |
|---|---|---|
| **Eletson Holdings Inc.** | represented by | **Kyle James Ortiz**<br>Togut, Segal & Segal LLP<br>One Penn Plaza<br>New York, NY 10119<br>212–594–5000<br>Fax: 212–967–4258<br>Email: kortiz@teamtogut.com<br>*ATTORNEY TO BE NOTICED* |

**Appellant**

| | | |
|---|---|---|
| **Eletson Holdings Inc.** | represented by | **Jennifer B. Furey**<br>Goulston & Storrs PC<br>One Post Office Square<br>Boston, MA 02109<br>617–574–3575<br>Fax: 617–574–4112<br>Email: jfurey@goulstonstorrs.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Louis M. Solomon**<br>Reed Smith LLP (NYC)<br>599 Lexington Avenue<br>New York, NY 10022<br>212–521–5400<br>Fax: 212–521–5450<br>Email: lsolomon@reedsmith.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Nicholas Cutaia**<br>Goulston & Storrs<br>730 Third Avenue<br>Ste 12th Floor<br>New York, NY 10017<br>212–878–5065<br>Fax: 212–878–6900<br>Email: ncutaia@goulstonstorrs.com<br>*LEAD ATTORNEY*<br><br>**Anthony Charles Acampora**<br>RIMON P. C.<br>100 Jericho Quadrangle<br>Suite 300<br>JERICHO<br>Jericho, NY 11753 |

516–479–6330
Fax: 516–479–6301
Email: anthony.acampora@rimonlaw.com
*ATTORNEY TO BE NOTICED*

**Michael S. Lazaroff**
Rimon, P.C.
400 Madison Ave
Suite 11d
New York, NY 10017
646–738–4151
Email: michael.lazaroff@rimonlaw.com
*ATTORNEY TO BE NOTICED*

**Nathaniel R.B. Koslof**
Goulston & Storrs
One Post Office Square
Boston, MA 02109
617–574–0533
Email: nkoslof@goulstonstorrs.com
*ATTORNEY TO BE NOTICED*

V.

**Appellee**

| | | |
|---|---|---|
| **Pach Shemen LLC** | represented by | **Bryan Kotliar** |

Togut, Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, NY 10119
212–594–5000
Fax: 212–967–4258
Email: bkotliar@teamtogut.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jared Casden Borriello**
Togut, Segal & Segal LLP
One Penn Plaza
New York, NY 10119
212–594–5000
Fax: 212–967–4258
Email: jborriello@teamtogut.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kyle James Ortiz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Appellee**

| | | |
|---|---|---|
| **VR Global Partners, L.P.** | represented by | **Bryan Kotliar** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jared Casden Borriello**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kyle James Ortiz**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Appellee**

**Alpine Partners (BVI), L.P.**     represented by     **Bryan Kotliar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jared Casden Borriello**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kyle James Ortiz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Appellee**

**Gene B. Goldstein**     represented by     **Bryan Kotliar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jared Casden Borriello**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kyle James Ortiz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Appellee**

**Gene B. Goldstein**     represented by     **Bryan Kotliar**
*In His Capacity as Trustee of the Gene B. Goldstein and Francine T. Goldstein Family Trust*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jared Casden Borriello**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kyle James Ortiz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Appellee**

**Tracy Lee Gustafson**     represented by     **Bryan Kotliar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jared Casden Borriello**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                        **Kyle James Ortiz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Appellee**

**Jason Chamness**                      represented by   **Bryan Kotliar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                        **Jared Casden Borriello**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                        **Kyle James Ortiz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Appellee**

**Ron Pike**                             represented by   **Bryan Kotliar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                        **Jared Casden Borriello**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                        **Kyle James Ortiz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Appellee**

**Robert H. Latter**                      represented by   **Bryan Kotliar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                        **Jared Casden Borriello**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                        **Kyle James Ortiz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Appellee**

**Mark Millet**                          represented by   **Bryan Kotliar**
*In His Capacity as Trustee of the Mark E.*                        (See above for address)
*Millet Living Trust*                                         *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                        **Jared Casden Borriello**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kyle James Ortiz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Appellee**

**Mark Millet**
*In His Capacity as Trustee of the Millet 2016 Irrevocable Trust*

represented by **Bryan Kotliar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jared Casden Borriello**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kyle James Ortiz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Appellee**

**Farragut Square Global Master Fund, L.P.**

represented by **Bryan Kotliar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jared Casden Borriello**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kyle James Ortiz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Official Committee of Unsecured Creditors**

represented by **David A. Herman**
Dechert LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
212–649–8728
Email: david.herman@dechert.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**G. Eric Brunstad , Jr.**
Dechert LLP (CT)
90 State House Square
Hartford, CT 06103
(860)–524–3960
Fax: (860)–394–4189
Email: eric.brunstad@dechert.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen David Zide**
Dechert LLP

Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
917–841–4121
Email: stephen.zide@dechert.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/14/2024 | 1 | NOTICE OF APPEAL FROM THE BANKRUPTCY COURT TO THE S.D.N.Y. from the Order of Judge John P. Mastando III dated October 25, 2024. Bankruptcy Court Case Numbers: 23–B–10322 (JPM). Certified copies of file received.Document filed by Eletson Holdings Inc. (Attachments: # 1 Exhibit A – Bankruptcy Order).(bkar) (Entered: 11/14/2024) |
| 11/14/2024 | 2 | CIVIL COVER SHEET filed..(bkar) (Entered: 11/14/2024) |
| 11/14/2024 | | Magistrate Judge Barbara C. Moses is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (bkar) (Entered: 11/14/2024) |
| 11/14/2024 | | Case Designated ECF. (bkar) (Entered: 11/14/2024) |
| 11/15/2024 | | CASE ACCEPTED AS RELATED. Create association to 1:23–cv–07331–LJL. Notice of Assignment to follow. (tro) (Entered: 11/20/2024) |
| 11/15/2024 | | NOTICE OF CASE REASSIGNMENT to Judge Lewis J. Liman. Judge Arun Subramanian is no longer assigned to the case. (tro) (Entered: 11/20/2024) |
| 11/15/2024 | | NOTICE OF REDESIGNATION TO ANOTHER MAGISTRATE JUDGE. The above entitled action has been redesignated to Magistrate Judge Henry J. Ricardo to handle matters that may be referred in this case. Please note that this is a reassignment of the designation only. (tro) (Entered: 11/20/2024) |
| 11/19/2024 | 3 | NOTICE OF APPEARANCE by Kyle James Ortiz on behalf of Eletson Holdings Inc...(Ortiz, Kyle) (Entered: 11/19/2024) |
| 11/22/2024 | 4 | NOTICE OF APPEARANCE by Stephen David Zide on behalf of Official Committee of Unsecured Creditors..(Zide, Stephen) (Entered: 11/22/2024) |
| 11/22/2024 | 5 | NOTICE OF APPEARANCE by David A. Herman on behalf of Official Committee of Unsecured Creditors..(Herman, David) (Entered: 11/22/2024) |
| 11/22/2024 | 6 | NOTICE OF APPEARANCE by G. Eric Brunstad, Jr on behalf of Official Committee of Unsecured Creditors..(Brunstad, G.) (Entered: 11/22/2024) |
| 11/22/2024 | 7 | NOTICE OF APPEARANCE by Nicholas Cutaia on behalf of Eletson Holdings Inc...(Cutaia, Nicholas) (Entered: 11/22/2024) |
| 11/22/2024 | 8 | **FILING ERROR – DEFICIENT DOCKET ENTRY – SIGNATURE ERROR –** STIPULATION OF VOLUNTARY DISMISSAL It is hereby stipulated and agreed by and between the parties and/or their respective counsel(s) that the above–captioned action is voluntarily dismissed, with prejudice against the defendant(s) All Parties and without costs. Document filed by Eletson Holdings Inc.. **Proposed Order to be reviewed by Clerk's Office staff...**(Cutaia, Nicholas) Modified on 11/25/2024 (km). (Entered: 11/22/2024) |
| 11/25/2024 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT VOLUNTARY DISMISSAL. Notice to Attorney Nicholas Cutaia. RE–FILE Document No. 8 Stipulation of Voluntary Dismissal. The filing is deficient for the following reason(s): the wrong party/parties whom the voluntary dismissal is against was/were selected; the stipulation of voluntary dismissal was not signed by all parties who have appeared (handwritten signatures). Re–file the document using the event type Stipulation of Voluntary Dismissal found under the event list** |

| | | |
|---|---|---|
| | | Other Documents – select the correct filer/filers – select the correct party/parties the voluntary dismissal is against – and attach the correct signed PDF. (km) (Entered: 11/25/2024) |
| 11/25/2024 | 9 | STIPULATION OF VOLUNTARY DISMISSAL It is hereby stipulated and agreed by and between the parties and/or their respective counsel(s) that the above–captioned action is voluntarily dismissed, with prejudice against the defendant(s) Alpine Partners (BVI), L.P., Jason Chamness, Farragut Square Global Master Fund, L.P., Gene B. Goldstein(In His Capacity as Trustee of the Gene B. Goldstein and Francine T. Goldstein Family Trust), Gene B. Goldstein, Tracy Lee Gustafson, Robert H. Latter, Mark Millet(In His Capacity as Trustee of the Mark E. Millet Living Trust), Mark Millet(In His Capacity as Trustee of the Millet 2016 Irrevocable Trust), Official Committee of Unsecured Creditors, Pach Shemen LLC, Ron Pike, VR Global Partners, L.P.. Document filed by Eletson Holdings Inc.. **Proposed Order to be reviewed by Clerk's Office staff.**..(Cutaia, Nicholas) (Entered: 11/25/2024) |
| 11/26/2024 | | ***NOTICE TO COURT REGARDING STIPULATION OF VOLUNTARY DISMISSAL Document No. 9 Stipulation of Voluntary Dismissal was reviewed and referred to Judge Lewis J. Liman for approval for the following reason(s): the stipulation of dismissal is not pursuant to F.R.C.P. 41(a)(1)(A)(ii). (km) (Entered: 11/26/2024) |
| 11/26/2024 | 10 | LETTER addressed to Judge Lewis J. Liman from Louis M. Solomon dated November 26, 2024 re: Stipulation of Dismissal. Document filed by Eletson Holdings Inc...(Solomon, Louis) (Entered: 11/26/2024) |
| 12/06/2024 | 11 | LETTER addressed to Judge Lewis J. Liman from Kyle J. Ortiz on behalf of the Appellees dated December 6, 2024 re: Appeal. Document filed by Eletson Holdings Inc...(Ortiz, Kyle) (Entered: 12/06/2024) |
| 12/13/2024 | 12 | DESIGNATION OF BANKRUPTCY RECORD ON APPEAL re: 1 Bankruptcy Appeal,. Document filed by Appellant Eletson Holdings Inc..(bkar) (Entered: 12/13/2024) |
| 12/20/2024 | 13 | LETTER MOTION to Expedite *Entry of Stipulation of Dismissal [Dkt. No. 9]* addressed to Judge Lewis J. Liman from Nicholas Cutaia dated December 20, 2024. Document filed by Eletson Holdings Inc.. (Attachments: # 1 Exhibit Greek Order (Translated), # 2 Exhibit Foreign Representative Order, # 3 Exhibit Liberian Filings).(Cutaia, Nicholas) (Entered: 12/20/2024) |
| 12/20/2024 | 14 | LETTER addressed to Judge Lewis J. Liman from Louis M. Solomon dated December 20, 2024 re: 13 Letter Motion to Expedite. Document filed by Eletson Holdings Inc...(Solomon, Louis) (Entered: 12/20/2024) |
| 12/20/2024 | 15 | ORDER re: 13 LETTER MOTION to Expedite *Entry of Stipulation of Dismissal [Dkt. No. 9]* addressed to Judge Lewis J. Liman from Nicholas Cutaia dated December 20, 2024. filed by Eletson Holdings Inc. The Court will hear the parties on this application during the public conference on December 23, 2024, at 9:30 am in 23cv7331. Parties should call 646 453–4442 and enter conference id 358639322 followed by #. (Signed by Judge Lewis J. Liman on 12/20/2024) (bmm) (Entered: 12/20/2024) |
| 12/21/2024 | 16 | **FILING ERROR – PDF ERROR –** MOTION for Nathaniel R.B. Koslof to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30370445. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Eletson Holdings Inc.. (Attachments: # 1 Affidavit Affidavit of Nathaniel R.B. Koslof in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit Certificate of Good Standing – MA, # 3 Proposed Order [Proposed] Order for Admission Pro Hac Vice).(Koslof, Nathaniel) Modified on 12/23/2024 (bc). (Entered: 12/21/2024) |
| 12/21/2024 | 17 | MOTION for Jennifer B. Furey to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30370450. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Eletson Holdings Inc.. (Attachments: # 1 Affidavit Affidavit of Jennifer B. Furey in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit Certificate of Good Standing – MA, # 3 Exhibit Certificate of Good Standing – DC, # 4 Proposed Order [Proposed] Order for Admission Pro Hac Vice).(Furey, Jennifer) (Entered: 12/21/2024) |

| | | |
|---|---|---|
| 12/23/2024 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 16 MOTION for Nathaniel R.B. Koslof to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30370445. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): expired Certificate of Good Standing from Supreme Court of Masachussetts;. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (bc)** (Entered: 12/23/2024) |
| 12/23/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 17 MOTION for Jennifer B. Furey to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30370450. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 12/23/2024) |
| 12/23/2024 | 18 | LETTER addressed to Judge Lewis J. Liman from Louis M. Solomon dated December 23, 2024 re: Record. Document filed by Eletson Holdings Inc...(Solomon, Louis) (Entered: 12/23/2024) |
| 12/23/2024 | | Minute Entry for proceedings held before Judge Lewis J. Liman: Telephone Conference held on 12/23/2024. Colin Underwood and Louis Solomon present by telephone for Petitioners. Isaac Nesser, Jennifer Furey, Kyle Ortiz, Nicholas Cutaia, Nathaniel Koslof, and Daniel Kelly present for Respondents. Court reporter present. The Court heard from all parties regarding Levona's request that the stay be lifted and the motion to Expedite Entry of Stipulation of Dismissal. See Order issued by the Court. (mf) (Entered: 01/06/2025) |
| 12/30/2024 | 19 | ORDER granting 13 Letter Motion to Expedite. The stipulation of dismissal is granted for reasons stated on the record on December 23, 2024, and the Clerk of Court is directed to dismiss the appeal. (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) (Liman, Lewis) (Entered: 12/30/2024) |
| 12/30/2024 | 20 | STIPULATION AND AGREEMENT TO DISMISS APPEAL UNDER RULE 8023 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE: IT IS HEREBY AGREED AND STIPULATED by and between Appellant, the Appellees, and the Committee that the Appeal is voluntarily dismissed with prejudice. Appellant shall bear the costs, expenses and fees of the Committee (subject to the Bankruptcy Court application and approval process, to the extent required), and all other parties shall bear their own costs. SO ORDERED. (Signed by Judge Lewis J. Liman on 12/30/2024) (rro) (Entered: 12/30/2024) |
| 01/03/2025 | 21 | ORDER granting 17 Motion for Jennifer B. Furey to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) (mf) (Entered: 01/03/2025) |
| 01/16/2025 | 22 | NOTICE OF APPEARANCE by Anthony Charles Acampora on behalf of Eletson Holdings Inc...(Acampora, Anthony) (Entered: 01/16/2025) |
| 01/16/2025 | 23 | NOTICE OF APPEARANCE by Michael S. Lazaroff on behalf of Eletson Holdings Inc...(Lazaroff, Michael) (Entered: 01/16/2025) |
| 01/16/2025 | 24 | NOTICE OF APPEAL from 20 Stipulation and Order,, 19 Order on Motion to Expedite,. Document filed by Eletson Holdings Inc.. Filing fee $ 605.00, receipt number ANYSDC–30474664. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Lazaroff, Michael) (Entered: 01/16/2025) |
| 01/17/2025 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 24 Notice of Appeal.(km) (Entered: 01/17/2025) |
| 01/17/2025 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 24 Notice of Appeal, filed by Eletson Holdings Inc. were transmitted to the U.S. Court of Appeals. (km) (Entered: 01/17/2025) |