# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of January, two thousand twenty-five.

Before:     Gerard E. Lynch,
               *Circuit Judge*.

In Re: Eletson Holdings Inc.,

    Debtor,

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Eletson Holdings Inc.,

    Debtor - Appellant,

Pach Shemen LLC, VR Global Partners, L.P., Alpine Partners (BVI), L.P., Gene B. Goldstein, In His Capacity as Trustee of the Gene B. Goldstein and Francine T. Goldstein Family Trust, Tracy Lee Gustafson, Jason Chamness, Ron Pike, Robert H. Latter, Mark Millet, In His Capacity as Trustee of the Mark E. Millet Living Trust and In His Capacity as Trustee of the Millet 2016 Irrevocable Trust, Farragut Square Global Master Fund, L.P.,

    Appellees,

Official Committee of Unsecured Creditors,

    Interested Party - Appellee.

**ORDER**

Docket No. 25-176

      On January 16, 2025, Counsel Michael S. Lazaroff and Louis M. Solomon filed a notice of appeal on behalf of the Debtor, Eletson Holdings, Inc. Counsels' notices of appearance filed in district court and the notice of appeal are the subject of a motion to strike filed by Counsel Jennifer B. Furey, who filed an earlier notice of appearance in the district court on behalf of the Debtor. The district judge has indicated that he "will consider" both the underlying stipulation of dismissal that is challenged in the notice of appeal and the pending motion to strike.

IT IS HEREBY ORDERED that the appeal is stayed pending action by the district court. Within 14 days of the district court's action, Mr. Lazaroff and Solomon and Ms. Furey, separately by letter, shall advise the Court regarding the status of this appeal.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court